[No. 69698-0-I.    Division One.    December 16, 2013.]

*In the Matter of the Marriage of* GURMIT SINGH, *Appellant,* and SATVIR KAUR, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 11-3-05214-5, Cheryl B. Carey, J., entered November 9, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 69710-2-I.    Division One.    December 16, 2013.]

ADORA SVITAK ET AL., *Appellants,* v. THE STATE OF WASHINGTON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-16008-4, Dean Scott Lum, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Verellen, J.

[No. 69975-0-I.    Division One.    December 16, 2013.]

*In the Matter of the Personal Restraint of* DENNIS AVERY REAMES, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 42687-1-II.    Division Two.    December 17, 2013.]

ANDY WHITWORTH ET AL., *Respondents,* v. DAVE'S VIEW, LLC, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-2-01650-2, James E. Warme, J. Pro Tem., entered August 30, 2011. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Penoyar and Spearman, JJ.